**Layla M. LINEGAR, Plaintiff–Appellant**

v.

**Mark LOBANOFF, M.D., and North Suburban Eye Specialists, LLP, Defendants–Appellees.**

**No. 12–2635.**

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 20, 2013.

Filed: March 7, 2013.

Layla M. Linegar, Hallandale, FL, pro se.

---

tions of the Honorable Steven E. Rau, United States Magistrate Judge for the District of Minnesota.

Melissa Dosick Riethof, Cecilie Morris Loidolt, Jennifer M. Waterworth, Meagher & Geer, Minneapolis, MN, for Defendants–Appellees.

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Layla Linegar appeals the district court's [1] order dismissing her diversity action asserting state medical tort claims, after Linegar acknowledged that she did not have an expert witness to testify at trial. After careful review, see *Schaffart v. ONEOK, Inc.*, 686 F.3d 461, 470 (8th Cir. 2012) (grant of judgment as matter of law is reviewed de novo), we conclude that the dismissal was proper for the reasons stated by the district court, see *Fabio v. Bellomo*, 504 N.W.2d 758, 762 (Minn.1993) (expert-testimony requirement for medical-malpractice claim); *Reinhardt v. Colton*, 337 N.W.2d 88, 96 (Minn.1983) (expert-testimony requirement for negligent-non-disclosure claim). The judgment is affirmed. *See* 8th Cir. R. 47B.

---

**1.** The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.